IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Buchanan, Michelle C | Case Number: 08 B 00825 |
| | Judge: Hollis, Pamela S |
| Printed: 11/25/08 | Filed: 1/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  September 26, 2008
Confirmed:  May 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,682.45 | |
| Secured: | | 5,033.18 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 346.65 |
| Other Funds: | | 3,302.62 |
| Totals: | 8,682.45 | 8,682.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Beneficial Illinois Inc | Secured | 8,769.52 | 4,509.18 |
| 4. | American General Finance | Secured | 3,604.16 | 524.00 |
| 5. | Beneficial Illinois Inc | Secured | 9,000.00 | 0.00 |
| 6. | Beneficial Illinois Inc | Secured | 5,000.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 10,804.09 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 2,389.05 | 0.00 |
| 9. | Comcast Cablevision | Unsecured | 156.51 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 120.26 | 0.00 |
| 11. | T Mobile USA | Unsecured | 99.77 | 0.00 |
| 12. | Cook County Treasurer | Secured | | No Claim Filed |
| 13. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Nicholas Leroy | Unsecured | | No Claim Filed |
| 16. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 17. | Active Body Chiropractic | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | Bank Of America | Unsecured | | No Claim Filed |
| 21. | Discover Financial Services | Unsecured | | No Claim Filed |
| 22. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 23. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| | | | $ 39,943.36 | $ 5,033.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Buchanan, Michelle C

Printed: 11/25/08

Case Number:  08 B 00825
Judge:  Hollis, Pamela S
Filed:  1/15/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 14.96 |
| 6.5% | 331.69 |
|  | $ 346.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

